IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TANEA PRATT,** *individually and on behalf of all others similarly situated,*<br>    *Plaintiff*<br><br>    **v.**<br><br>**NORTHERN CHILDREN'S SERVICES**<br>    *Defendant* | **CIVIL ACTION**<br><br>**NO. 17-1433** |

# O R D E R

**AND NOW**, this 14th day of July 2017, upon consideration of the parties' *joint motion to stay litigation*, [ECF 15], it is hereby **ORDERED** that motion to stay litigation is **GRANTED**. Accordingly,

1. This matter is placed in **CIVIL SUSPENSE** for a period of ninety (90) days from the date of this **ORDER**; and

2. This matter shall be referred to a Magistrate Judge for a settlement conference to be conducted on or after **August 15, 2017**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*